Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MENICHIELLO, individually and on behalf of all others similarly situated,** | Case No. 8:17-cv-00912-CJC-MRW |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **CRESTVIEW FINANCIAL LLC,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 8th Day of January, 2019,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Stipulation to Dismiss- 1

1
2          By: s/Benjamin Taylor, Esq.
3              Benjamin Taylor
               Attorney for Defendant
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Filed electronically on this 8th Day of January, 2019, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Cormac J. Carney
6  United States District Court
   Central District of California
7

8  All Counsel of Record as Recorded On The Electronic Service List.

9

10 This 8th Day of January, 2019.
   s/Todd M. Friedman
11 TODD M. FRIEDMAN