JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MENICHIELLO,** individually and on behalf of all others similarly situated, | Case No. 8:17-cv-00912-CJC-MRW |
| Plaintiff, | **ORDER** |
| vs. | |
| **CRESTVIEW FINANCIAL LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 9th day of January, 2019.

_____
The Honorable Cormac J. Carney

Order to Dismiss - 1